NO. 07-07-0486-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 29, 2008
_____

THE STATE OF TEXAS, APPELLANT

V.

JERRY DON FRITTS, APPELLEE
_____

FROM THE COUNTY COURT AT LAW NO. 2 OF POTTER COUNTY;

NO. 119183; HONORABLE PAMELA COOK SIRMON, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Pending before this Court is appellant's motion to dismiss its appeal. Appellant's attorney has signed the document stating that appellant withdraws its appeal. Tex. R. App. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.